**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ _____ Original Plan
☐ _____ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)
☒ ___3rd___ Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: Michael Dymek            JOINT DEBTOR: Diane Dymek            CASE NO.: 15-26258
SS#: xxx-xx- 8304                SS#: xxx-xx- 7532

## I. NOTICES

To Debtors: Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1(C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

To Creditors: Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

To All Parties: The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☒ Included | ☐ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ☒ Not included |
| Nonstandard provisions, set out in Section VIII | ☐ Included | ☒ Not included |

## II. PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

**A. MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $ 5205.65 for months 1 to 26 ;
2. $ 16283.65 for month 27 to _____ ;
3. $ 5836.50 for months 28 to 50 ;

**B. DEBTOR(S)' ATTORNEY'S FEE**: ☐ NONE    ☐ PRO BONO
Total Fees: $ _5575_    Total Paid: $ _1750_    Balance Due: $ _3825_
Payable $ _126.92_ /month (Months _1_ to _26_)
$ _525_ /month (Month _27_ to _____)
Allowed fees under LR 2016-1(B)(2) are itemized below:
_3500_ Ch 13 representation +_motion_to_value_775_+_motion_to_value_775_+_525_motion_to_modify_____

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

## III. TREATMENT OF SECURED CLAIMS

**A. SECURED CLAIMS:** ☐ NONE
[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

1. Creditor: Wells Fargo Home Mtg. Arrearage/ Payoff on Petition Date $ 66,632.16
   Address: 8480 Stagecoach Cir.,    ☒ Arrears Payment (Cure) $ 1269.14/month (Months 1 to 26 )
                                       $10,000.00/month (Month 27)
                                       $ 1027.59/month (Months 28 to 50 )
   Frederick, MD 217901    ☒ Regular Payment (Maintain) $ 1294.25/month (Months 1 to 26 )
                                       $ 1430.90/month (Months 27 to 50 )
   (Claim #7)    ☐ MMM Adequate Protection $_____ month (Months _____ to _____)
                 ☐ MMM TPP Temporary Payment $_/month (Months _____ to _____)

☐ MMM PPP Permanent Payment $__/month (Months ____ to ____)
☐ Payoff (Including _% monthly interest) $____/month (Months ____ to ____)
Last 4 Digits of       ☐ _____ $_____/month (Months ____ to ____)
Account No.: 7699      Other: _____

Real Property
☐ Principal Residence                    Check one below for Real Property:
☒ Other Real Property                    ☐ Escrow is included in the regular payments
Address of Collateral: 915 Delaware Ave.,    ☒ The debtor(s) will pay ☒ taxes ☒ insurance directly
Fountain Hill, PA 18015

Personal Property/Vehicle
☐ Description of Collateral: _____

2.  Creditor: Bethlehem Area S.D.    Arrearage/ Payoff on Petition Date $ 5432.78 + 10% interest = 6650
    Address: c/o Portnoff Law Assoc.  ☐ Arrears Payment (Cure) $____/month (Months ____ to ____)
    Ltd., PO Box 3020,                ☐ Regular Payment (Maintain) $____/month (Months ____ to ____)
    Norristown, PA 19404              ☐ MMM Adequate Protection $____month (Months ____ to ____)
    (Claim #5)                        ☐ MMM TPP Temporary Payment $__/month (Months ____ to ____)
                                      ☐ MMM PPP Permanent Payment $__/month (Months ____ to ____)
                                      ☒ Payoff (Including 10 % monthly interest) $ 161.78/month (Months 1 to 26)
                                                                                  $ 101.82/month (Months 27 to 50)
    Last 4 Digits of                  ☐ _____ $_____/month (Months ____ to ____)
    Account No.: 1969-1               Other: _____

Real Property
☐ Principal Residence                    Check one below for Real Property:
☒ Other Real Property                    ☐ Escrow is included in the regular payments
Address of Collateral: 665 Peace Street  ☒ The debtor(s) will pay ☒ taxes ☒ insurance directly
Hazelton, PA

Personal Property/Vehicle
☐ Description of Collateral: _____

3.  Creditor: Bethlehem Area S.D.    Arrearage/ Payoff on Petition Date $ 4695.78 + 10% interest = 5750
    Address: c/o Portnoff Law Assoc.  ☐ Arrears Payment (Cure) $____/month (Months ____ to ____)
    Ltd., PO Box 3020                 ☐ Regular Payment (Maintain) $____/month (Months ____ to ____)
    Norristown, PA 19404              ☐ MMM Adequate Protection $____month (Months ____ to ____)
    (Claim #13)                       ☐ MMM TPP Temporary Payment $__/month (Months ____ to ____)
                                      ☐ MMM PPP Permanent Payment $__/month (Months ____ to ____)
                                      ☒ Payoff (Including 10 % monthly interest) $ 145.16/month (Months 1 to 26)
                                                                                  $ 82.32/month (Months 27 to 50)
    Last 4 Digits of                  ☐ _____ $_____/month (Months ____ to ____)
    Account No.: 1969-1               Other: _____

Real Property
☐ Principal Residence                    Check one below for Real Property:
☒ Other Real Property                    ☐ Escrow is included in the regular payments
Address of Collateral: 665 Peace Street  ☒ The debtor(s) will pay ☒ taxes ☒ insurance directly
Hazelton, PA

Personal Property/Vehicle
☐ Description of Collateral: _____

4. Creditor: County of Lehigh F.O.  Arrearage/ Payoff on Petition Date $ 958.65 + 9% interest = 1150
   Address: 17 S. Seventh Street  ☐ Arrears Payment (Cure) $____/month  (Months _____ to _____)
   Rm. 119, Allentown, PA 18101  ☐ Regular Payment (Maintain) $____/month  (Months _____ to _____)
   - 2400                         ☐ MMM Adequate Protection $_____month  (Months _____ to _____)
   (Claim #2)                     ☐ MMM TPP Temporary Payment $_/month  (Months _____ to _____)
                                  ☐ MMM PPP Permanent Payment $_/month  (Months _____ to _____)
                                  ☒ Payoff (Including 9 % monthly interest) $ 44.23/month (Months 1 to 26 )
   Last 4 Digits of               ☐ _____$_____/month (Months _____ to _____)
   Account No.: 1969-1            Other: _____

   Real Property
   ☐ Principal Residence                    Check one below for Real Property:
   ☒ Other Real Property                    ☐ Escrow is included in the regular payments
   Address of Collateral: 915 Delaware Ave.,  ☒ The debtor(s) will pay ☒ taxes ☒ insurance directly
   Fountain Hill, PA 18015

   Personal Property/Vehicle
   ☐ Description of Collateral:_____

5. Creditor: Lehigh County Tax  Arrearage/ Payoff on Petition Date $ 2521.61 + 9% interest = 3000
   Claim Bureau                   ☐ Arrears Payment (Cure) $____/month  (Months _____ to _____)
   Address: 17 S. Seventh Street,  ☐ Regular Payment (Maintain) $____/month  (Months _____ to _____)
   Rm. 120, Allentown, PA 18101  ☐ MMM Adequate Protection $_____month  (Months _____ to _____)
   - 2400                         ☐ MMM TPP Temporary Payment $_/month  (Months _____ to _____)
   (Claim # 14)                   ☐ MMM PPP Permanent Payment $_/month  (Months _____ to _____)
                                  ☒ Payoff (Including 9 % monthly interest) $ 94.40/month (Months 1 to 26 )
                                                                          $ 22.74/month (Months 27 to 50 )
   Last 4 Digits of               ☐ _____$_____/month (Months _____ to _____)
   Account No.: 1969-1            Other: _____

   Real Property
   ☐ Principal Residence                    Check one below for Real Property:
   ☒ Other Real Property                    ☐ Escrow is included in the regular payments
   Address of Collateral: 915 Delaware Ave.,  ☒ The debtor(s) will pay ☒ taxes ☒ insurance directly
   Fountain Hill, PA 18015

   Personal Property/Vehicle
   ☐ Description of Collateral:_____

B. **VALUATION OF COLLATERAL:** ☐ NONE
   IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED UPON YOU PURSUANT TO BR 7004 AND LR 3015-3.

   1. **REAL PROPERTY:** ☐ NONE

| 1. Creditor: Wells Fargo Home Mortgage<br>Address: 8480 Stagecoach Cir.,<br>Frederick, MD 21701<br>Last 4 Digits of Account No.: 1127<br>Claim # 10<br>Real Property<br>☐ Principal Residence<br>☒ Other Real Property<br>Address of Collateral: 915 Delaware Ave.,<br>Apartment C, Fountain Hill, PA 18016-2557 | Value of Collateral:         $ 187,000<br>Amount of Creditor's Lien: $ 129,953.57<br><br>Interest Rate: N/A %<br><br>Check one below:<br>☐ Escrow is included in the monthly<br>   mortgage payment listed in this section<br>☒ The debtor(s) will pay ☒ taxes<br>   ☒ insurance directly | Payment<br><br>Total paid in plan: $ 0<br><br>$ N/A /month (Months___ to ___) |
|---|---|---|

LF-31                                   Page 3 of 5

|  |  |  |
|---|---|---|
|  |  |  |

2. **VEHICLE(S):**  ☒ NONE

3. **PERSONAL PROPERTY:**  ☒ NONE

C. **LIEN AVOIDANCE**  ☒ NONE

D. **SURRENDER OF COLLATERAL:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.
   ☐ NONE
   ☒ The debtor(s) elect to surrender to each creditor listed below the collateral that secures the creditor's claim. The debtor(s) request that upon confirmation of this plan, the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtor(s) as to these creditors.
   ☐ Other:_____

   | | Name of Creditor | Last 4 Digits of Account No. | Description of Collateral (Address, Vehicle, etc.) |
   |---|---|---|---|
   | 1. | Wells Fargo Home Mortgage | 0001 | 3735 Harvard Place, Bethlehem, PA 18020 |
   | 2. | Wells Fargo Home Mortgage | HELOC - 0001 | 3735 Harvard Place, Bethlehem, PA 18020 |
   | 3. | Lehigh County Property Apprsr. | No account provided by creditor | 3735 Harvard Place, Bethlehem, PA 18020 |
   | 4. | Township of Bethlehem | Parcel No. M7SE166 (Claim #3) | 3735 Harvard Place, Bethlehem, Pa 18020 |
   | 5. | Bethlehem Area School District | M7SE166 (Claim #4) | 3735 Harvard Place, Bethlehem, PA 18020 |
   | 6. | Bethlehem Area School District | 4410 (Claim # 12) | 3735 Harvard Place, Bethlehem, PA 18020 |
   | 7. | Northampton Cty. Prop. Appraiser | No account provided by creditor | 3735 Harvard Pl., Bethlehem, PA 18020 |

E. **DIRECT PAYMENTS:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.
   ☐ NONE
   ☒ The debtor(s) elect to make payments directly to each secured creditor listed below. The debtor(s) request that upon confirmation of this plan, the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtor(s) as to these creditors. Nothing herein is intended to terminate or abrogate the debtor(s)' state law contract rights.

   | | Name of Creditor | Last 4 Digits of Account No. | Description of Collateral (Address, Vehicle, etc.) |
   |---|---|---|---|
   | 1. | SLS Mortgage (Claim # 8) | 3873 | 3417 Tuscany Way, Boynton Beach, FL 33435 |
   | 2. | Luzerne County Tax Collector | No account provided | 665 Peace Street, Hazelton, PA |
   | 3. | Palm Beach County Tax Coll. | 4170 | 3417 Tuscany Way, Boynton Beach, FL 33435 |
   | 4. | First Service Residential ("HOA") | 1701 no arrears on date of filing | 3417 Tuscany Way, Boynton Beach, FL 33435 |
   | 5. | Wells Fargo Home Mortgage (Claim#9) | 0920 | 665 Peace Street, Hazelton, PA |

IV. **TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]

A. **ADMINISTRATIVE FEES OTHER THAN DEBTOR(S)' ATTORNEY'S FEE:**  ☒ NONE

B. **INTERNAL REVENUE SERVICE:**  ☒ NONE

C.  **DOMESTIC SUPPORT OBLIGATION(S):** ☒ NONE    ☐ CURRENT AND PAID OUTSIDE

D.  **OTHER:** ☒ NONE

V.  **TREATMENT OF UNSECURED NONPRIORITY CREDITORS**
   A.  Pay $ 1857.58/month (Months  1   to  26  )
       Pay $ 2640.54/month (Months  27   to  50  )
       Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

   B.  ☐ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

   C.  **SEPARATELY CLASSIFIED:** ☒ NONE
       Name of Creditor:
       Address:
       Last 4 Digits of Account No.:
       Basis for Separate Classification
       Payable $_____/month (Months _____ to _____)
       *Debtor(s) certify the separate classification(s) of the claim(s) listed above will not prejudice other unsecured nonpriority creditors pursuant to 11 U.S.C. § 1322.

VI. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES:** Secured claims filed by any creditor/lessor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.
    ☒ NONE

VII. **INCOME TAX RETURNS AND REFUNDS** ☐ NONE

   ☐ Debtor(s) will not provide tax returns unless requested by any interested party pursuant to 11 U.S.C. § 521.

   ☒ Debtor(s) shall provide copies of yearly income tax returns to the Trustee (but not file with the Court) no later than May 15th during the pendency of the Chapter 13 case. In the event the debtor(s)' disposable income or tax refunds increase, debtor(s) shall increase payments to unsecured creditors over and above payments provided through the Plan up to 100% of allowed unsecured claims.
   [Broward/Palm Beach cases]

   ☐ The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is on or before May 15 of each year the case is pending and that the debtor(s) shall provide the trustee (but not file with the Court) with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income [Miami cases].

VIII. **NON-STANDARD PLAN PROVISIONS** ☒ NONE

   ☐ Mortgage Modification Mediation

   **PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Alan J. Fisher        12/20/17

Attorney with permission to        Date
sign on Debtor(s)' behalf

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.**